No. 10-699. M. B. Z., by His Parents and Guardians Ari Z. Zivotofsky, et ux., Petitioner v. Hillary Rodham Clinton, Secretary of State.

563 U.S. 973, 131 S. Ct. 2897, 179 L. Ed. 2d 1187, 2011 U.S. LEXIS 3528.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether Section 214 of the Foreign Relations Authorization Act, Fiscal Year 2003, impermissibly infringes the President's power to recognize foreign sovereigns."

Same case below, 387 U.S. App. D.C. 144, 571 F.3d 1227.

No. 10-948. CompuCredit Corporation, et al., Petitioners v. Wanda Greenwood, et al.

563 U.S. 973, 131 S. Ct. 2874, 179 L. Ed. 2d 1187, 2011 U.S. LEXIS 3404.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 615 F.3d 1204.

No. 10-425. Torrey Bauer, et al., Petitioners v. Randall T. Shepard, et al.

563 U.S. 974, 131 S. Ct. 2872, 179 L. Ed. 2d 1187, 2011 U.S. LEXIS 3513.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 620 F.3d 704.

No. 10-836. Paul Tien, Petitioner v. Ming Tien, et al.

563 U.S. 974, 131 S. Ct. 2873, 179 L. Ed. 2d 1187, 2011 U.S. LEXIS 3435.

May 2, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 44 So. 3d 595.

No. 10-865. Scott Wynne, Petitioner v. Paul Renico, Warden.

563 U.S. 974, 131 S. Ct. 2873, 179 L. Ed. 2d 1187, 2011 U.S. LEXIS 3428.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 606 F.3d 867.

No. 10-962. Alaska Airlines, Inc., Petitioner v. Azza Eid, et al.

563 U.S. 974, 131 S. Ct. 2874, 179 L. Ed. 2d 1187, 2011 U.S. LEXIS 3376.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 621 F.3d 858.

No. 10-963. Progressive Casualty Insurance Company, Petitioner v. Estate of Jose Juan Palomera-Ruiz, Deceased, et al.

563 U.S. 974, 131 S. Ct. 2874, 179 L. Ed. 2d 1187, 2011 U.S. LEXIS 3475.

May 2, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

Same case below, 224 Ariz. 380, 231 P.3d 384.